```
1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  1860 Chicago Avenue, Suite G-11
   Riverside, CA 92507
3  (951) 788-4536
   Fax (951) 788-4518
4  E-Mail: KuntzSSlaw@sbcglobal.net
   Attorney for Plaintiff
5  Eric K. McCall
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ERIC K. McCALL,<br><br>    Plaintiff,<br><br>       v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 05-00538 AJW<br><br>ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND SIX HUNDRED DOLLARS and no/cents ($1,600.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: April 10, 2006

/s/ ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE